IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL WAGNER,

              Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.

ORDER

14-cv-91-wmc

Pursuant to a joint stipulation for remand (dkt. #29) filed by the parties on June 1, 2015, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

Entered this 1st day of June, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge