IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KARL S. WAGNER,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-91-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Karl S. Wagner attorney fees and costs in the amount of $5,600 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 10/08/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |